IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**OAKLEY GRAIN, INC.,** *et al.* **APPELLANTS**

v.    CASE NO. 2:19-CV-00141-BSM

**M. RANDY RICE,** *et al.* **APPELLEES**

## JUDGMENT

Consistent with the order entered this day, this appeal is hereby dismissed.

IT IS SO ORDERED this 29th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE